UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLAS EMANUEL PITTS,<br>　　　　Plaintiff,<br>　　v.<br>LUJAN, Officer, et al.,<br>　　　　Defendants. | Case No. 21-01841 EJD (PR)<br>**ORDER OF DISMISSAL** |

Plaintiff an inmate at the Contra Costa County Jail, West County Detention Facility, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. This matter was originally assigned to the Honorable Magistrate Judge Sallie Kim, to which Plaintiff filed consent. Dkt. No. 3, 5. On April 7, 2021, Judge Kim screened the complaint and found it failed to set forth sufficient facts to state a claim. Dkt. No. 7. Judge Kim dismissed the complaint with leave to amend within twenty-eight days of the court order, i.e., no later than May 5, 2021. Id. at 4. Plaintiff was advised that failure to file a proper amended complaint within the designated time would result in the dismissal of this action. Id. The matter was reassigned to this Court on May 25, 2021. Dkt. Nos. 8, 9.

The deadline for Plaintiff to comply with the last court order has passed. Because Plaintiff has failed to file an amended complaint in the time provided to correct the deficiencies in the original complaint, this action is **DISMISSED** with prejudice for failure

to state a claim for relief.

The Clerk shall terminate all deadlines and close the file.

**IT IS SO ORDERED.**

Dated: 5/27/2021

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.21\01841Pitts_dism.no-amcompl.docx

2